B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Brandywine Health Services of Mississippi, Inc.**  
                                Debtor(s)

Case No. **09-16528-DWH**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>2209 5TH STREET NORT<br>COLUMBUS, MS 39701 | INTERNAL REVENUE SERVICE<br>2209 5TH STREET NORT<br>COLUMBUS, MS 39701 | FEDERAL TAXES | Disputed | 1,100,000.00 |
| PRIME CARE NURSING<br>P O BOX 852<br>GREENVILLE, MS 38702 | PRIME CARE NURSING<br>P O BOX 852<br>GREENVILLE, MS 38702 | | | 167,199.19 |
| MS STATE TAX COMMISSION<br>POST OFFICE DRAWER D<br>ATTN: TIM THOMPSON,<br>GREENWOOD, MS 38935 | MS STATE TAX COMMISSION<br>POST OFFICE DRAWER D<br>ATTN: TIM THOMPSON,<br>GREENWOOD, MS 38935 | | | 120,000.00 |
| MISSISSIPPI DEPT OF EMPLOYMENT<br>P O BOX 23089<br>JACKSON, MS 39225 | MISSISSIPPI DEPT OF EMPLOYMENT<br>P O BOX 23089<br>JACKSON, MS 39225 | | | 100,000.00 |
| VALLEY FOOD SERVICE<br>P O BOX 5454<br>JACKSON, MS 39288 | VALLEY FOOD SERVICE<br>P O BOX 5454<br>JACKSON, MS 39288 | | | 89,243.51 |
| SERENITY HEALTHCARE<br>P.O. BOX 579<br>4109 HIGHWAY 98 WEST<br>Summit, MS 39666 | SERENITY HEALTHCARE<br>P.O. BOX 579<br>4109 HIGHWAY 98 WEST<br>Summit, MS 39666 | | | 67,000.00 |
| GE HEALTHCARE FINANCIAL SERVICE<br>P O BOX 641419<br>PITTSBURGH, PA 15264 | GE HEALTHCARE FINANCIAL SERVICE<br>P O BOX 641419<br>PITTSBURGH, PA 15264 | | | 52,944.80 |
| SYNERGETICS DCS, INC.<br>ACCOUNTS RECEIVABLE<br>P O 1276<br>TUPELO, MS 38802 | SYNERGETICS DCS, INC.<br>ACCOUNTS RECEIVABLE<br>P O 1276<br>TUPELO, MS 38802 | | | 42,290.00 |
| GULF SOUTH MEDICAL SUPPLY<br>P O BOX 841968<br>DALLAS, TX 75284 | GULF SOUTH MEDICAL SUPPLY<br>P O BOX 841968<br>DALLAS, TX 75284 | | | 38,651.10 |
| BECKMAN COULTER, INC.<br>DEPT. CH 10164<br>PALATINE, IL 60055 | BECKMAN COULTER, INC.<br>DEPT. CH 10164<br>PALATINE, IL 60055 | | | 34,893.80 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Brandywine Health Services of Mississippi, Inc.**                                                   Case No.  09-16528-DWH
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WINSTON MEDICAL CENTER<br>P O BOX 967<br>LOUISVILLE, MS 39339 | WINSTON MEDICAL CENTER<br>P O BOX 967<br>LOUISVILLE, MS 39339 | | | 33,169.18 |
| PINNACLE BUSINESS SOLUTIONS<br>6510 OLD CANTON ROAD<br>RIDGELAND, MS 39157 | PINNACLE BUSINESS SOLUTIONS<br>6510 OLD CANTON ROAD<br>RIDGELAND, MS 39157 | | | 31,807.73 |
| DOSS ELECTRIC, INC.<br>P O BOX 652<br>MABEN, MS 39750 | DOSS ELECTRIC, INC.<br>P O BOX 652<br>MABEN, MS 39750 | | | 31,766.89 |
| OKTIBBEHA COUNTY HOSPITAL<br>P. O. BOX 1506<br>STARKVILLE, MS 39759 | OKTIBBEHA COUNTY HOSPITAL<br>P. O. BOX 1506<br>STARKVILLE, MS 39759 | | | 23,924.96 |
| GE HEALTHCARE<br>CONTRACT #294748<br>P O BOX 402076<br>ATLANTA, GA 30384 | GE HEALTHCARE<br>CONTRACT #294748<br>P O BOX 402076<br>ATLANTA, GA 30384 | | | 21,399.99 |
| FOUR SEASONS<br>LAWN MAINTENANCE<br>P O BOX 793<br>STARKVILLE, MS 39759 | FOUR SEASONS<br>LAWN MAINTENANCE<br>P O BOX 793<br>STARKVILLE, MS 39759 | | | 21,010.80 |
| MONTFORT JONES<br>MEMORIAL HOSPITAL<br>P O BOX 887<br>KOSCUISKO, MS 39090 | MONTFORT JONES<br>MEMORIAL HOSPITAL<br>P O BOX 887<br>KOSCUISKO, MS 39090 | | | 20,145.74 |
| CARDINAL HEALTH<br>JACKSON DIVISION<br>P O BOX 402586<br>ATLANTA, GA 30384 | CARDINAL HEALTH<br>JACKSON DIVISION<br>P O BOX 402586<br>ATLANTA, GA 30384 | | | 18,731.60 |
| LABCORP LABORATORY CORP.<br>231 MAPLE AVENUE<br>BURLINGTON, NC 27216 | LABCORP LABORATORY CORP.<br>231 MAPLE AVENUE<br>BURLINGTON, NC 27216 | | | 18,538.35 |
| RADIOLOGICAL GROUP PA<br>1405 N STATE STREET<br>JACKSON, MS 39202 | RADIOLOGICAL GROUP PA<br>1405 N STATE STREET<br>JACKSON, MS 39202 | | | 16,974.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Brandywine Health Services of Mississippi, Inc.     Case No. 09-16528-DWH

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 29, 2009     Signature  /s/ Jeffrey A. Morse

Jeffrey A. Morse
Owner

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.