**United States Bankruptcy Court**
Northern District of Mississippi

| | | | |
|---|---|---|---|
| In re | Brandywine Health Services of Mississippi, Inc. | Case No. | 09-16528-DWH |
| | Debtor(s) | Chapter | 11 |

## VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: December 29, 2009        /s/ Jeffrey A. Morse
                              Jeffrey A. Morse/Owner
                              Signer/Title

J. Walter Newman, IV
Newman & Newman
248 E. Capitol Street
Suite 539
Jackson, MS 39201

Brandywine Health Services of Mississippi
311 West Cherry Street
Ackerman, MS 39735

4-COUNTY ELECTRIC
POWER ASSOCIATION
P O BOX 9602
COLUMBUS, MS 39705

ACKERMAN ATHLETIC
BOOSTER CLUB
P.O. BOX 641
ACKERMAN, MS 39735

ACS-AMBULANCE
COT SERVICE
2339 GREEN LANE
BISHOPVILLE, SC 29010

ADP, INC.
P O BOX 9001006
LOUISVILLE, KY 40290

ADVANCED HEALTH
SYSTEMS, INC.
P. O. BOX 1043
JACKSON, MS 39215

AFCO
DEPT. 0809
P. O. BOX 120001
DALLAS, TX 75312

AIA-ASSOCIATED
INSURANCE ADM.
P O BOX 231330
MONTGOMERY, AL 36123

ALIMED, INC.
P O BOX 9135
DEDHAM, MA 02027

AMERICAN HEALTHTECH
P O BOX 12310
JACKSON, MS 39236

ANCILLARY MEDICAL SERVICE
195 EAST PEACE STREE
CANTON, MS 39046

APIC
P. O. BOX 79502
BALTIMORE, MD 21279

APPLIANCE PARTS CO.,INC.
727 S. GALLATIN STRE
JACKSON, MS 39204

ATMOS ENERGY
P. O. BOX 9001949
LOUISVILLE, KY 40290

AVENTIS PASTEUR
P O BOX 60244
CHARLOTTE, NC 28260

BAPTIST MEMORIAL HOSPITAL
P O BOX 415000 MSC 4
NASHVILLE, TN 37241

BECKMAN COULTER,INC.
DEPT. CH 10164
PALATINE, IL 60055

BERRY,DANETTE
602 WEST CHURCH STRE
NEWTON, MS 39345

BLACK BROTHERS
135 SEWARD STREET
P O BOX 906
ACKERMAN, MS 39735

BOURDEAUX & JONES, LLP
P O BOX 2009
MERIDIAN, MS 39302

BRACCO DIAGNOSTICS INC.
P O BOX 532411
CHARLOTTE, NS 28290

BRIGGS CORPORATION
P O BOX 1355
DES MOINES, IA 50305

BROADWAY LINEN SERVICE
548 N. BROADWAY
DIVISION-LINEN SERVI
GREENVILLE, MS 38701

BUSINESS MACHINES
PLUS, INC.
P O BOX 2145
COLUMBUS, MS 39704

CAIN, RALPH T
RR4, 76B
EUPORA, MS 39744

CAPWELD
P O BOX 22562
JACKSON, MS 39225

CARDINAL HEALTH
JACKSON DIVISION
P O BOX 402586
ATLANTA, GA 30384

CARDINAL HEALTH
ALARIS PRODUCT
3698 COLLECTIONS CNT
CHICAGO, IL 60693

CAREFUSION ALARIS
PRODUCTS
3698 COLLECTION CENT
CHICAGO, IL 60693

CENTRAL MISSISSIPPPI
COMMUNICATIONS
P O BOX 329
111 MONROE STREET
KOSCUISKO, MS 39090

CENTRAL MS EMERGENCY
MEDICAL SERVICES
855 PEAR ORCHARD RD
SUITE 401
RIDGELAND, MS 39157

CENTURIAN MEDICAL
PRODUCTS
P O BOX 170
301 CATRELL DRIVE
HOWELL, MI 48843

CHANNING BETE COMPANY,INC.
P O BOX 84-5897
BOSTON, MA 02284

CHOCTAW COUNTY BOARD
OF SUPERVISORS
P.O. BOX 250
ACKERMAN, MS 39735

CHOCTAW COUNTY BOARD OF S
BOX 250
ACKERMAN, MS 39735

COLUMBUS FIRE SERVICE
P O BOX 622
COLUMBUS, MS 39703

COLUMBUS PAPER
& CHEMICAL, INC
P O BOX 8367
COLUMBUS, MS 39705

CORPORATE EXPRESS
P O BOX 71217
CHICAGO, IL 60694

CRITICARE SYSTEMS, INC.
4718 PAYSPHERE CIRCL
CHICAGO, IL 60674

DATA SYSTEM MANAGEMET
PO BOX 1348
605 2ND AVE NORTH
COLUMBUS, MS 39703

DAVID GRIGGS
22970 MS HWY 15
Mathiston, MS 39752

DELTA PHARMA, INC.
P. O. BOX 538
RIPLEY, MS 38663

DIAGNOSTIC IMAGING, INC.
P O BOX 2121
MEMPHIS, TN 38159

DIAGNOSTIC TISSUE
CYTOLOGY
P O BOX 5869
MERIDIAN, MS 39301

DIGITAL DATA CORP
1596 W. 2650 S. #101
OGDEN, UT 84401

DIRECT SUPPLY
HEALTHCARE EQUIPMENT
P.O. BOX 88201
MILWAUKEE, WI 53288

DIVERSIFIED HEALTH
SERVICES
P O BOX 2371
STARKVILLE, MS 39760

DOSS ELECTRIC, INC.
P O BOX 652
MABEN, MS 39750

EDWARDS, JIMMY
224 BEACON STREET
PHILADELPHIA, MS 39350

EMERGENCY MEDICAL
PRODUCTS
4406 RELIABLE PKWY
CHICAGO, IL 60686

EMERY PRATT COMPANY
1986 W. MAIN STREET
OWOSSO, MI 48867

ENON PRESBYTERIAN CHURCH
HIGHWAY 12
ACKERMAN, MS 39735

ENSERV SOUTH CENTRAL
P O BOX 671308
DALLAS, TX 75267

FEDEX
P O BOX 660481
DALLAS, TX 75266

FIRST CHOICE MEDICAL SUP.
P O BOX 3608
JACKSON, MS 39207

FISHER HEALTHCARE
P. O. BOX 404705
ATLANTA, GA 30384

FOUR SEASONS
LAWN MAINTENANCE
P O BOX 793
STARKVILLE, MS 39759

GE HEALTHCARE
FINANCIAL SERVICE
P O BOX 641419
PITTSBURGH, PA 15264

GE HEALTHCARE
CONTRACT #294748
P O BOX 402076
ATLANTA, GA 30384

GE HEALTHCARE
P O BOX 402076
ATLANTA, GA 30384

GE HEALTHCARE FINANCIAL SERVIC
P O BOX 641419
PITTSBURGH, PA 15264

GENWORTH LIFE
INSURANCE COMPANY
P O BOX 79744
BALTIMORE, MD 21279

GOLDEN TRI.WASTE SERVICE
COOP SE
1311 INDUSTRIAL PARK
COLUMBUS, MS 39701

GRIFFIN INDUSTRIES
1299 PRISOCK ROAD
BYRAM, MS 39272

GUARDIAN LIFE INSURANCE
OF AMERICA
NORTHEAST REGIONAL OFFICE
P O BOX 95101
CHICAGO, IL 60694

GULF SOUTH MEDICAL SUPPLY
P O BOX 841968
DALLAS, TX 75284

HD SUPPLY FACILITIES
MAINTENANCE
P O BOX 509058
SAN DIEGO, CA 92150

HEALTH FORCE STAFFING
10921 REED HARTMAN H
SUITE 329
CINCINNATI, OH 45242

HEALTHCARE SERVICES
INTERNATIONAL
P O BOX 12828
PHILADELPHIA, PA 19176

HEARTCARE CORPORATION
OF AMERICA
P O BOX 12828
PHILADELPHIA, PA 19101

HERITAGE FOOD
SERVICE EQUIPMENT
P O BOX 8710
FORT WAYNE, IN 46898

HORIZON HEALTHCARE SUP.
P O BOX 6
DULUTH, MN 55801

HOSPITAL FURNITURE
RESTORATION
P O BOX 152
LISBON, MD 21765

INFOLAB INC
P O BOX 1309
CLARKSDALE, MS 38614

INPRO CORPORATION
5131 PAYSPHERE CIRCL
CHICAGO, IL 60674

INTERNAL REVENUE SERVICE
2209 5TH STREET NORT
COLUMBUS, MS 39701

Internal Revenue Service
c/o Office of U.S. Attorney
900 Jefferson Avenue
Oxford, MS 38688-3608

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114

IVANS
P O BOX 850001
ORLANDO, FL 32885

J & J HEALTH CARE
SYSTEMS, INC
P O BOX 406663
ATLANTA, GA 30384

Jeffrey Morse
413 Bluewater Ct.
Ocean Pines, MD 21811

JIM F. SPENCER, JR.
P. O. BOX 650
Jackson, MS 39205

JOHN SALLY
P.O. BOX 484
Ackerman, MS 39735

KONICA MINOLTA
MEDICAL IMAGING
P.O. BOX 1
DEPT 2272
Dallas, TX 75312

LABCORP LABORATORY CORP.
231 MAPLE AVENUE
BURLINGTON, NC 27216

LABWORKS
C/O JIMMY CHESTEEN
87 TOMPKINS ROAD
KILMICHAEL, MS 39747

LANDAUER, INC
P O BOX 809051
CHICAGO, IL 60680

LOUISVILLE NEWSPAPERS, INC.
119 COURT STREET
P O BOX 469
LOUISVILLE, MS 39339

LUTHER BELL
C/O MIKE FARRELL
210 E. CAPITOL STREET
SUITE 2180
Jackson, MS 39201

LUVEL DAIRY PRODUCTS
P. O. BOX 1229
KOSCUISKO, MS 39090

M&N COMPUTERS
407 WEST MAIN STREET
LOUISVILLE, MS 39339

MCKESSON MEDICAL
SURGICAL INC.
P O BOX 933027
ATLANTA, GA 31193

MED ONE CAPITAL, INC.
P O BOX 271128
SALT LAKE CITY, UT 84127

MEDIFAX-EDI, LLC
13093 COLLECTIONS CE
CHICAGO, IL 60693

MEDLINE INDUSTRIES, INC
DEPT 1080
P O BOX 121080
DALLAS, TX 75312

MEDLINE INDUSTRIES, INC.
ATTN: CREDIT MANAGER
ONE MEDLINE PLACE
MUNDELEIN, IL 60060

MHCA PAC LLC
114 MARKETRIDGE DR
RIDGELAND, MS 39157

MID-SOUTH MEDICAL
IMAGING, LLC
4264 LAKELAND DRIVE
FLOWOOD, MS 39232

MISS DEPTARTMENT
OF HEALTH
P O BOX 1700
JACKSON, MS 39215

MISS STATE DEPT
OF HEALTH  CRI
P O BOX 1700
570 E. WOODROW WILSON
JACKSON, MS 39215

MISS. DEPT. OF HEALTH
POST OFFICE BOX 1700
JACKSON, MS 39215

MISSISSIPPI DEPT OF EMPLOYMENT
P O BOX 23089
JACKSON, MS 39225

MISSISSIPPI DIETETIC ASS.
330 NORTH MART PL, S
JACKSON, MS 39206

MISSISSIPPI HOSPITAL ASS.
P O BOX 1909
MADISON, MS 39130

MONTFORT JONES
MEMORIAL HOSPITAL
P O BOX 887
KOSCUISKO, MS 39090

MORSE, JEFFREY
413 BLUE WATER COURT
OCEAN PINES, MD 21811

MS STATE TAX COMMISSION
POST OFFICE DRAWER D
ATTN: TIM THOMPSON,
GREENWOOD, MS 38935

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY CO., INC<br>DEPT CH 0075<br>PALATINE, IL 60055 | MSNA REGISTRY/<br>PEARSON VUE<br>P O BOX 822749<br>PHILADELPHIA, PA 19182 | MSRT EDUCATIONAL FOUNDATION<br>339 HWY 348<br>GUNTOWN, MS 38849 |
| NORTHEAST EXTERMINATING COMPANY<br>326 HIGHWAY 12 WEST<br>STARKVILLE, MS 39759 | NORTHERN HEALTHCARE CAPITAL<br>C/O D. ANDREW PHILLIPS<br>P.O. BOX 947<br>Oxford, MS 38655 | NUTRITION EDUCATION RESOURCES<br>112 RIVER OAKS DRIVE<br>LAPLACE, LA 70068 |
| OCE' CORPORATE PRINTING<br>P O BOX 11407<br>BIRMINGHAM, AL 35246 | OKTIBBEHA COUNTY HOSPITAL<br>P. O. BOX 1506<br>STARKVILLE, MS 39759 | ORTHO-CLINICAL DIAGNOSTICS<br>P O BOX 406663<br>ATLANTA, GA 30384 |
| OWENS & MINOR<br>P O BOX 841420<br>DALLAS, TX 75284 | PARKER, HUDSON RAINER, & DOBB<br>285 PEACHTREE CENTER<br>1500 MARQUIS TWO TOW<br>ATLANTA, GA 30303 | PFG-BROADLINE<br>506 HWY 35 NORTH<br>BATESVILLE, MS 38606 |
| PHARMACEUTICAL CREDIT CORPORATION<br>P O BOX 1684<br>BRENTWOOD, TN 37024 | PHILLIP A MARSDEN, ETAL<br>C/O WILLIAM C COLLINS, JR<br>171 17TH ST., NW STE 100<br>Atlanta, GA 30363 | PHYSIO CONTROL<br>11811 WILLOWS ROAD NE<br>Redmond, WA 98052-2003 |
| PINNACLE BUSINESS SOLUTIONS<br>6510 OLD CANTON ROAD<br>RIDGELAND, MS 39157 | PITNEY BOWES, INC.<br>P O BOX 856042<br>LOUISVILLE, KY 40285 | POMCO<br>P O BOX 6329<br>SYRACUSE, NY 13217 |
| POSITIVE PROMOTIONS<br>15 GILPIN AVENUE<br>HAUPPAUGE, NY 11788 | PRIME CARE NURSING<br>P O BOX 852<br>GREENVILLE, MS 38702 | PROFESSIONAL HEALTH CARE SERVICES<br>P O BOX 18282<br>NATCHEZ, MS 39122 |
| PROGRESSIVE GULF INS CO<br>P O BOX 31033<br>TAMPA, FL 33633 | PROGRESSIVE MEDICAL INTERNATIONAL<br>1250 INDUSTRIAL AVE<br>ESCONDIDO, CA 92029 | RADIOLOGICAL GROUP PA<br>1405 N STATE STREET<br>JACKSON, MS 39202 |
| REDWOOD BIOTEC, INC.<br>P O BOX 14327<br>SANTA ROSA, CA 95402 | Regions Bank<br>Department 0150<br>Birmingham, AL 35287 | REHABMART.COM<br>150 SAGEWOOD DRIVE<br>WINTERVILLE, GA 30683 |

RICOH AMERICAS CORP.
P O BOX 4245
CAROL STREAM, IL 60197

RICOH AMERICAS CORPORATION
P O BOX 4245
CAROL STREAM, IL 60197

RURAL HEALTHCARE DEV. INC
AND RAY SHOEMAKER
C/O MICHAEL A HEILMAN
P.O. DRAWER 24417
Jackson, MS 39225-4417

SCHMIDT, JENNIFER
207 FALLING STAR WAL
HUNTSVILLE, AL 35806

SERENITY HEALTHCARE
P.O. BOX 579
4109 HIGHWAY 98 WEST
Summit, MS 39666

SERVPRO OF NORTHEAST
DELTA
P O BOX 337
KOSCUISKO, MS 39090

SEYFARTH SHAW LLP
ONE PEACHTREE POINTE
1545 PEACHTREE ST.NE
ATLANTA, GA 30309

SIBLEY'S APPLIANCE REPAIR
83 EUBANKS ROAD
EUPORA, MS 39744

SOURCEONE HEALTHCARE
TECHNOLOGY
P O BOX 8004
MENTOR, OH 44061

SOUTHERN ROOFING LLC
4905 W. TVA RD.
WEST POINT, MS 39773

STAPLES BUSINESS ADV.
P O BOX 40
DEPT ATL
ATLANTA, GA 30384

STAPLES CREDIT PLAN
DEPT 51-7861245503
P O BOX 689020
DES MOINES, IA 50368

STILL, KAREN P.,R. PH. PRO. PH
P.O. BOX 603
MADISON, MS 39130

STOWELL FNP, KAYE W.
1176 SOUTHGATE
STARKVILLE, MS 39759

STRINGER HEALTHCARE SALES
2022 MYRTLE
ARCADIA, LA 71001

SYNERGETICS DCS, INC.
ACCOUNTS RECEIVABLE
P O 1276
TUPELO, MS 38802

SYSCO FOOD SERVICES
OF JACKSON
P O BOX 2900
4000 MILWAUKEE ST
JACKSON, MS 39207

TACY MEDICAL INC.
P O BOX 15807
FERNANDINA BEAC, FL 32035

TERRY-TRANE SERVICE
AGENCY, INC.
P. O. BOX 1557
RIDGELAND, MS 39158

THE CHOCTAW CHRONICLE
P O BOX 1009
ACKERMAN, MS 39735

THE CLARION LEDGER
P O BOX 23067
JACKSON, MS 39225

THE SUMMIT HEALTH &
REHAB SERVICE
P O BOX 579
SUMMIT, MS 39666

THOMPSON PUBLISHING
GROUP, INC
P O BOX 26185
TAMPA, FL 33623

THREADGILL, CHRIS
P. O. BOX 1099
Ackerman, MS 39735

Toyota Financial Services
P.O. BOX 650686
Dallas, TX 75265

TRI-STATE HOSPITAL SUPPLY
P.O. BOX 170
Howell, MI 48844

TRI-TEC MIDICAL CO
2255 GERMANTOWN ROAD
Germantown, TN 38138

TRINITY THERAPY SER., INC.
P O BOX 315
RIDGELAND, MS 39158

TRISPAN HEALTH SERVICES
MEDICARE PART A INTE
P. O. BOX 23046
JACKSON, MS 39225

TRU-CARE MEDICAL
205 E. GOULD AVE.
P O BOX 808
EUPORA, MS 39744

Trustmark National Bank
P.O. BOX 1182
Jackson, MS 39215

U S FOODSERVICE, INC.
BOX 846079
DALLAS, TX 75284

UNITED BLOOD SERVICES
P O BOX 53022
PHOENIX, AZ 85072

UNIVERSAL HOSPITAL SERVICES
199 INTERSTATE DRIVE
Richland, MS 39218

VALLEY FOOD SERVICE
P O BOX 5454
JACKSON, MS 39288

VALLEY SERVICES, INC.
C/O T. CALVIN WELLS
P.O. BOX 1970
Jackson, MS 39215-1970

VARDAMAN, TERRE M.
CHAPTER 13 TRUSTEE
P O BOX 1985
MEMPHIS, TN 38101

VAUTRAIN, JANETTE MORSE
72 EAST STREET
Easthampton, MA 01027

VAXSERVE, INC.
12566 COLLECTIONS CN
CHICAGO, IL 60693

VERNON PLUMBING
CONTRACTORS
4413 HWY 14 EAST
LOUISVILLE, MS 39339

WARREN, AVERETT, KIMBROUGH
& MARINO, LLC
C/O THOMAS M. MCELROY
P.O. BOX 1450
Tupelo, MS 38802

WEBSTER HEALTH SERVICES
70 MEDICAL PLAZA
EUPORA, MS 39744

WINSTON MEDICAL CENTER
P O BOX 967
LOUISVILLE, MS 39339