UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRANDYWINE HEALTH SERVICES OF | ) | Case No.: 09-16528-DWH |
| MISSISSIPPI, INC. | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the United States Attorney for the Northern District of Mississippi hereby enters an appearance in this matter as counsel for the United States Department of Health and Human Services, which administers the Medicare program, 42 U.S.C. § 1395 et seq.

Copies of all pleadings and other papers should henceforth be serviced upon Ralph M. Dean, III, Assistant United States Attorney, and upon Greg Bongiovanni at the United States Department of Health and Human Services, at the following two addresses:

>Ralph M. Dean, III
>Assistant United States Attorney
>900 Jefferson Avenue
>Oxford, MS    38655-3608
>Tel: (662) 234-3351
>Fax: (662) 234-3318

>*and*

>Greg Bongiovanni
>Office of the General Counsel
>U.S. Dept. of Health and Human Services
>Suite 5M60
>61 Forsyth St. S.W.
>Atlanta, Georgia  30303-8909
>Tel: (404) 562-7836
>Fax:  (404) 562-7855

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only pleadings and other papers, but also notification of any action, formal or informal, however conveyed, which may affect or may seek to affect the rights or interests of the United States and its agencies and departments.

    Respectfully submitted,

    JIM M. GREENLEE
    UNITED STATES ATTORNEY


    By: /s/ RALPH M. DEAN, III
      RALPH M. DEAN, III
    Assistant United States Attorney
    900 Jefferson Avenue
    Oxford, MS     38655-3608
    Tel: (662) 234-3351
    Fax: (662) 234-3318

**CERTIFICATE OF SERVICE**

I, **Ralph M. Dean, III**, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing **Notice Of Appearance And Request For Service Of Papers** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> U.S. Trustee
> USTPRegion05.AB.ECF@usdoj.gov
>
> Honorable J. Walter Newman, IV
> wnewman95@msn.com
> stacyplee@mac.com

This the 21st day of January, 2010.


                                /s/ RALPH M. DEAN, III
                                RALPH M. DEAN, III
                                Assistant United States Attorney